**Charles RAWLINGS, Plaintiff–Appellant,**

**v.**

**CITY OF BALTIMORE, Mayor and City Council Dept. of Public Works, Defendant–Appellee.**

**No. 11–1471.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Oct. 20, 2011.

Charles Rawlings, Appellant Pro Se.

cumulative finality. *See In re Bryson*, 406 F.3d 284, 287–89 (4th Cir.2005); *Equip. Fin.*

Justin Sperance Conroy, Assistant Solicitor, Baltimore, Maryland, for Appellee.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Rawlings appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rawlings v. City of Baltimore*, No. 1:10–cv–02077–BEL, 2011 WL 1375603 (D.Md. Apr. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*